

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. BOX 112
TRENTON, NJ 08625

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

November 17, 2023

**VIA ECF**
The Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**ORDER**

Re: *James Shea, et al. v. State of New Jersey, et al.*
    Civil Action No. 2:23-cv-21196-JXN-ESK

Dear Judge Neals:

    This Office represents Defendants, the State of New Jersey, Matthew J. Platkin (in his official capacity as Attorney General of New Jersey), and the New Jersey Civil Service Commission (collectively "State Defendants") in the above-referenced matter. With the consent of Plaintiffs, we write to seek a thirty-day extension of the deadline to respond to the complaint.

    Plaintiffs served the State Defendants with the complaint on October 18, 2023. After receiving a first extension of fourteen-days, the current deadline for the State Defendants to respond is November 22, 2023. (ECF 3). The State Defendants now seek an additional thirty-day extension, with Plaintiffs' consent, in light of a several competing deadlines this month. If granted, the new deadline for the State Defendants to respond to the complaint will be December 22, 2023.

    Thank you for Your Honor's time and consideration of this request.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2848 • FAX: (609) 943-5853
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

November 17, 2023
Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Emily M. Bisnauth
     Emily M. Bisnauth
     Deputy Attorney General

Cc: Arthur R. Thibault, Jr., Esq. (Via ECF)
    Kyle J. Trent, Esq. (Via ECF)

**So Ordered.**

**    /s/ Edward S. Kiel**
**Edward S. Kiel, U.S.M.J.**
**Date: November 17, 2023**