**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JAMES SHEA, IN HIS CAPACITY AS DIRECTOR OF PUBLIC SAFETY FOR THE CITY OF JERSEY CITY & THE CITY OF JERSEY CITY,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEW JERSEY, MATTHEW PLATKIN, IN HIS CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, THE NEW JERSEY CIVIL SERVICE COMMISSION, NORHAN MANSOUR, OMAR POLANCO, MACKENZIE REILLY, MONTAVIOUS PATTEN, AND RICHIE LOPEZ.<br><br>Defendants. | : | Civil Action No. 2:23-cv-21196<br><br>**CIVIL ACTION**<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs James Shea and the City of Jersey City hereby give notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of this action. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: June 2, 2026

*/s/ Kyle Trent*

Kyle J. Trent (NJ Bar ID: 033662011)
Apruzzese, McDermott, Mastro, & Murphy, P.C.
25 Independence Boulevard, 3rd Floor
Warren, New Jersey 07059
Attorneys for Plaintiffs
ktrent@ammm.com